UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMANDA HATHERLEY, individually, and as personal representative of the estate of BRAYDEN HATHERLEY-LONG,<br><br>    Plaintiffs,<br><br>   v.<br><br>PFIZER, INC., a Delaware Corporation; PFIZER INTERNATIONAL LLC, a New York Limited Liability Corporation; MCKESSON CORPORATION, individually and d/b/a NORTHSTAR RX LLC, a Delaware Corporation; WYETH PHARMACEUTICALS, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | NO. CIV. 2:13-00719 WBS CKD<br><br>ORDER |

----oo0oo----

Pursuant to Local Rule 230(g), because oral argument will not be of material assistance in deciding plaintiffs' motion to remand, (Docket No. 11), and defendants' motion to stay, (Docket No. 10), the court orders these matters submitted on the

1

1 | briefs.  E.D. Cal. L.R. 230(g).  The hearings set for July 1,
2 | 2013 at 2:00 p.m. are hereby vacated, and the parties'
3 | stipulation to continue the hearings to July 29, 2013 (Docket No.
4 | 22) is rejected.
5 |     IT IS SO ORDERED.
6 | DATED:  June 27, 2013

*(signature)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2