UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HATHERLEY, individually, and as personal representative of the estate of B.H.L., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., a Delaware Corporation; PFIZER INTERNATIONAL LLC, a New York Limited Liability Corporation; MCKESSON CORPORATION, individually and d/b/a NORTHSTAR RX LLC, a Delaware Corporation; WYETH PHARMACEUTICALS, INC., and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO.: <br> 2:13-cv-00719-WBS-CMK <br><br><br> ORDER DENYING ADJOURNMENT OF SCHEDULING CONFERENCE AND RELATED DEADLINES |

The Court having this day entered an order remanding this action to the state court, the parties' Joint Stipulation Requesting Adjournment of Scheduling Conference and Related Deadlines is hereby DENIED as moot.

Dated:  July 3, 2013

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE